## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID SCHNEIDER &, FRANCES SCHNEIDER<br>　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCOTT HARRIS, P.C.,<br><br>　　　Defendant. | ) <br> ) <br> ) Civil Action No.: 1:15-cv-06555 <br> ) <br> ) <br> ) <br> ) <br> ) <br> )**TRIAL BY JURY DEMANDED** <br> ) <br> ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiffs David and Frances Schneider, by and through their undersigned attorney, and hereby dismisses the above cause of action against Defendant Arnold Schott Harris, P.C. with prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Gary K. Burger, Jr.
　　　　　　　　　　　　　　　　　Gary K. Burger, Jr. #6212156
　　　　　　　　　　　　　　　　　12283 Olive Boulevard
　　　　　　　　　　　　　　　　　St. Louis, MO 63141
　　　　　　　　　　　　　　　　　(314) 542-9999
　　　　　　　　　　　　　　　　　(314) 434-4459 Facsimile
　　　　　　　　　　　　　　　　　Gary@cantorburger.com

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 6th day of November, 2015, a true and correct copy of the foregoing was sent via email, to:

John Ryan
HENSHAW & CULBERSTON, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
jryan@hinshawlaw.com

　　　　　　　　　　　　　　　　　/s/ Gary K. Burger, Jr.

1